IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID A. DENNEY,
    Petitioner,

vs.                            Case No. 3:08cv14/MCR/EMT

JOHN DUBOSE, et al.,
    Respondents.
_____/

## O R D E R

This cause is before the court upon Petitioner's filing a petition for writ of mandamus (*see* Doc. 1). The court notes that Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments.

Accordingly, it is **ORDERED**:

1.    The clerk is directed to send to Petitioner an application to proceed in forma pauperis.

2.    Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and to comply with an order of the court.

**DONE AND ORDERED** this 17th day of January 2008.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**