**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DAVID A. DENNEY,
    Petitioner,

vs.                                       Case No.: 3:08cv14/MCR/EMT

JOHN DUBOSE, et al.,
    Respondents.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 17, 2008.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 16th day of April, 2008.

                                  _s/ M. Casey Rodgers_
                                  **M. CASEY RODGERS
                                  UNITED STATES DISTRICT JUDGE**